THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN M. MUNT, Appellant. [932 NYS2d 403]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES S. NOTTINGHAM SR., Also Known as JAMES S. NOTTINGHAM and Others, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ.